**SO ORDERED.**

**SIGNED this 17th day of May, 2017.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

C-13-7a
(Rev. 03/16)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **ORDER CONFIRMING PLAN** |
| | ) | **CHAPTER 13** |
| | ) | |
| Williams Jr., Hilliard  xxx-xx-1767 | ) | |
| 212 Charles Avenue | ) | Case No. 17-10250 C-13G |
| High Point, NC 27260 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**     The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**    The attorney for the Debtor is John T. Orcutt;

**III.**   Under the final plan (the "Plan") as proposed:

    **A.**     **Plan Payments**

        1.     The Debtor is to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.     The monthly plan payment to the Trustee is $389.00 beginning April 2, 2017, increasing to $715.00 effective May 2017;

    **B.**     **Administrative Costs**

        **1.**     **Attorney Fees.** The Attorney for the Debtor is allowed the base fee of $2,500.00.  The Attorney has received no fee from the Debtor pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

    **2.**    **Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**C.**    **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

    **1.**    **Internal Revenue Service**
    **2.**    **Guilford County Tax Dept.**

**D.**    **Secured Claims**

    **1.**    **Long-term Debts – To be paid directly by Debtor.**

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| GUILFORD COUNTY TAX DEPT.<br>212 Charles Ave.<br>High Point, NC | Y | Real property taxes 2017 forward – escrowed. |

    **2.**    **Long-term Debts – To be paid by Trustee.**

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE INC<br>212 Charles Ave.<br>High Point, NC | N | $538.00 w/escrow for tax & ins. | 6/2017 | 5/2017 | $2,690.00 | $20.00 inc. to all funds 7/2020 |

    **3.**    **Partially Secured Claims - Real Property and Personal Property.**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| *ONE MAIN FINANCIAL (1999 Buick) | N | | $2,723.00 | $55.00 | 5.75% | |

**\*If the timely filed claim documents a purchase money non-preferential perfected lien on a debt incurred September 5, 2014, or later, and the motor vehicle was acquired for the personal use of the Debtor, the claim is allowed as secured for the filed claim amount.**

**E.**    **General Unsecured Claims Not Separately Classified**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration.  The estimated dividend to general unsecured claims is 0%.

**F.**    The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, or a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

**G.**     The terms and provisions of the Amended Standing Order dated March 11, 2016,
are incorporated in this Order and are available on the Court's website at
**www.ncmb.uscourts.gov**.

**H.**     **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements
of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10250 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720