| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Hilliard Williams Jr |
| **Debtor 2** (Spouse, if filing) | |
| **United States Bankruptcy Court for the:** | Middle District of North Carolina (State) |
| **Case number** | 17-10250 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 0593

**Property Address:** 212 Charles Ave
Number    Street
High Point, NC 27260
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2022
MM/ DD /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and cost outstanding:    + (b) $ _____
c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/_____/_____
MM/ DD /YYYY

Official Form 4100R    **Response to Notice of Final Cure Payment**    Page 1

| Debtor 1 | Hilliard Williams Jr | | | Case Number (if known) | 17-10250 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker                              Date 07/01/2022
   Signature

Print:    Mark A. Baker,                    Bar No. NCBN 32382          Title    Bankruptcy Attorney
          First name    Middle Name    Last name

Company   MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3550 Engineering Drive, Suite 260
          Number         Street

          Peachtree Corners, GA 30092
          City          State    Zip Code

Contact phone   404-474-7149              Email:   mbaker@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Hilliard Williams Jr
212 Charles Avenue
High Point, NC 27260


**Via CM/ECF electronic service:**
John T Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Anita Jo Kinlaw-Troxler
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402

Dated: July 1, 2022

        Respectfully submitted,

        By: /s/ Mark A. Baker
        Mark A. Baker
        NCBN 32382

        MCMICHAEL TAYLOR GRAY, LLC
        Attorney for Creditor
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: 404-474-7149
        Facsimile: 404-745-8121
        E-mail: mbaker@mtglaw.com
        MTG File No.: 22-000580-02